USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/1/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGEL SOSA,

                Plaintiff,

-against-

THE UNITED STATES OF AMERICA, and
UNITED STATES DRUG ENFORCEMENT
ADMINISTRATION,

                Defendants.

20 Civ. 602 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    It is ORDERED that the initial pretrial conference scheduled for April 2, 2020, at 1:00 p.m. shall proceed telephonically. The parties are each directed to call either (888) 398-2342 or (215) 861-0674, and enter access code 5598827.

    SO ORDERED.

Dated: April 1, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge