**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

ANGEL SOSA

                              Plaintiff,

              -against-

THE UNITED STATES OF AMERICA, and UNITED
STATES DRUG ENFORCEMENT ADMINISTRATION

                            Defendants.

-----------------------------------------------------------------X

**20-CV-0602 (AT) (KHP)**

**ORDER ADJOURNING INITIAL CASE MANAGEMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/26/2020

**KATHARINE H. PARKER, United States Magistrate Judge:**

In light of the Settlement Agreement filed on August 25, 2020 (doc. no 22) the Initial Case Management Conference currently scheduled for **September 10, 2020** is hereby adjourned *sine die*.

       **SO ORDERED.**

DATED:     New York, New York
               August 26, 2020

_____
KATHARINE H. PARKER
United States Magistrate Judge